

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00373-CV

| | | |
|---|---|---|
| CAREFLITE AND NATHAN TATON, Appellants | § | On Appeal from the 236th District Court |
| | § | of Tarrant County (236-296553-17) |
| V. | § | June 27, 2019 |
| JEROLD TAYLOR, Appellee | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying Careflite and Nathan Taton's motion to dismiss is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Jerold Taylor shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack